IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 4:20-CR-39 (CDL) |
| MATTHEW HINKLE | : |
| Defendant | : |

**PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT**

WHEREAS, the Defendant, Matthew Hinkle ("Defendant") plead guilty to a written Plea Agreement to Count One of an Information charging that Defendant, for purposes of willfully executing a scheme with intent to defraud and obtain money by false and fraudulent pretenses, representations, and promises, caused to be transmitted in interstate commerce, by means of wire communications, certain signs, signals, and sounds, as more particularly described below:

| DATE | PAYEE | AMOUNT | SOURCE |
|---|---|---|---|
| 03/11/2014 | A.J. | $250,000.00 | SunTrust Bank |
| 03/11/2014 | J.W. | $250,000.00 | Merrill Lynch |

All in violation of Title 18, United States Code, Section 1343;

AND WHEREAS, pursuant to his Plea Agreement, the Defendant consented to the entry of a personal money judgment in an amount not to exceed the amount of five hundred twenty-two thousand, six hundred forty-two dollars and twenty-two cents ($522,642.22), representing proceeds of the wire fraud scheme that the Defendant,

obtained directly or indirectly and the Government's intent seeking a final order of forfeiture;

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Hinkle, which would consist of a personal money judgment in an amount of five hundred eleven thousand, nine hundred ninety-two dollars and fifty-three cents ($511,992.53), representing the proceeds of the fraud scheme, obtained directly or indirectly, as a result of such offense(s); and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of five hundred eleven thousand, nine hundred ninety-two dollars and fifty-three cents ($511,992.53).

2. The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3. Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this **16th** day of **June**, **2021**.

 S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

*/s/ Mike Morrison*
MIKE MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001